UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  2:24-cv-03198-JLS-SK                                    Date: November 06, 2025
Title:  Angulo Estanislao v. United States of America et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

|     Kelly Davis     |         N/A         |
|---------------------|---------------------|
|     Deputy Clerk    |    Court Reporter   |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|-----------------------------------|----------------------------------|
|          Not Present              |          Not Present             |

**PROCEEDINGS:  (IN CHAMBERS)  ORDER  (1) TO SHOW CAUSE RE SANCTIONS AND (2) CONTINUING FINAL PRETRIAL CONFERENCE**

The Final Pretrial Conference in this matter is currently scheduled for November 14, 2025, at 10:30 a.m.  Pursuant to the Local Rules, the parties were required to lodge a Memorandum of Contentions of Fact and Law twenty-one (21) days before the Final Pretrial Conference.  C.D. Cal. R. 16-4.  On October 24, 2025, Defendant United States filed its Memorandum of Contentions of Fact and Law.  (Doc. 30.)  On November 3, 2025, Defendant lodged the required Proposed Pretrial Conference Order.  (Doc. 31.)  To date, Plaintiff has not filed his required Memorandum of Contentions of Fact and Law. [1]

Accordingly, the Court ORDERS that Plaintiff show cause in writing for his failure to file his Memorandum of Contentions of Fact and Law no later than **November 14, 2025**.  Alternatively, Plaintiff shall file his Memorandum of Contentions of Fact and Law by that same date.  Failure to timely and adequately respond to this Order will result in sanctions, up to and including the immediate dismissal of this action without further

---

[1] The parties are further required to file a joint witness list and a joint exhibit list no later than five court days before the Final Pretrial Conference.  (Civil Trial Order ¶¶ E–G, Doc. 19).  The deadline for these filings has not yet passed.

| **CIVIL MINUTES – GENERAL** | **1** |
|-----------------------------|-------|

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No.  2:24-cv-03198-JLS-SK | Date: November 06, 2025 |
| Title:  Angulo Estanislao v. United States of America et al | |

notice.  In light of this Order, the Final Pretrial Conference is CONTINUED until **December 5, 2025**.

Initials of Deputy Clerk: kd